IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, LOCAL 188 PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HUBBARD TARPLEY PLUMBING CO., LLC, <br><br> Defendant. | * * * * * * * * * * * * * * * * | CV 417-145 |

## O R D E R

Before the Court is Plaintiffs' Notice of Voluntary Dismissal with Prejudice. (Doc. 14.) Plaintiffs' notice was filed prior to Defendant having served either an answer or a motion for summary judgment. (Id.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of September, 2017.

/s/ J. Randal Hall
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2